| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Zachary** | **Jeremiah** | **Montenieri** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Krystal-Ann** | **Marie** | **Montenieri** |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TENNESSEE | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7                12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Navy Federal Credit Union**<br>Description of property securing debt: **272 E. Lincoln Rd. Alcoa, TN 37701 Blount County** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Debtor will continue to make payments** | ☐ No<br>■ Yes |
| Creditor's name: **Navy Federal Credit Union**<br>Description of property securing debt: **2008 Jeep Grand Cherokee 100,000 miles VIN No. 1J8GR48K68C136279 Tag No.: BBH-669** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Debtor will continue to make payments** | ☐ No<br>■ Yes |

### Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|

| | |
|---|---|
| Debtor 1 **Zachary Jeremiah Montenieri** | |
| Debtor 2 **Krystal-Ann Marie Montenieri** | Case number (*if known*) |

Lessor's name: **Progressive Leasing**

☐ No
■ Yes

Description of leased Property: **Rent-to-own mattress**

**Part 3:    Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X **/s/ Zachary Jeremiah Montenieri**
**Zachary Jeremiah Montenieri**
Signature of Debtor 1

Date **May 17, 2019**

X **/s/ Krystal-Ann Marie Montenieri**
**Krystal-Ann Marie Montenieri**
Signature of Debtor 2

Date **May 17, 2019**

# IN THE UNITED STATES BANKRUPTCY COURT
### Eastern District of Tennessee

| | |
|---|---|
| IN RE: <br> **Zachary Jeremiah Montenieri,** <br> **AKA Krystal Ann Marie Lachniet,** <br> and <br> **Krystal-Ann Marie Montenieri,** <br><br> Debtors | * CASE NO.: <br> * <br> * <br> * CHAPTER:  7 <br> * <br> * <br> * |

## **CERTIFICATE OF SERVICE**

I certify that on this day, I served the following parties with a copy of the "Debtors' Statement of Intentions", by electronic case filing and/or by placing true copies of the same in the United States Mail with adequate postage affixed to insure delivery addressed to::

| | | |
|---|---|---|
| U.S. Trustee's Office <br> Howard H. Baker, Jr., U.S. Courthouse <br> 800 Market Street Ste 114 <br> Knoxville, TN 37902 | Zachary & Krystal-Ann Montenieri <br> 272 E. Lincoln Rd. <br> Alcoa, TN 37701 | Navy Federal Credit Union <br> PO Box 3700 <br> Merrifield VA  22119 |
| Navy Federal Credit Union <br> PO Box 3700 <br> Merrifield VA  22119 | Progressive Leasing <br> PO Box 4113110 <br> Salt Lake City UT  84141 | |

Dated: 5/20/2019

 /s/ Zachary S. Burroughs 025896 
 /s/ Ashley N. Batts 036406 
Zachary S. Burroughs 025896,
Ashley N. Batts 036406,
Attorneys for Debtors
Clark & Washington, L.L.C.
408 S. Northshore Drive
Knoxville, TN 37919
865-281-8084